# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 07MJ2511-002
)
vs )   ABSTRACT OF ORDER
)
)   Booking No. _____
LONI ROSE ROMERO )
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 11/2/07

the Court entered the following order:

✓ ____ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ ____ Defendant released on $ 25,000.00 bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other. _____

Barbara Lynn Major
_____
UNITED STATES MAGISTRATE JUDGE

OR

Received _____   W. SAMUEL HAMRICK, JR.  Clerk
   DUSM                                     by P. Delacruz
                                                   Deputy Clerk

Crim-9  (Rev 6-95)                                   ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY