UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Blanca Estella Garcia )<br>Loni Rose Romero )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 07mj 2511<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/(Magistrate Judge,)

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted /) Case Disposed / Order of Court).

Jose Valdez-Santoyo

DATED: 11/7/07

_____
Barbara Lynn Major
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
                        DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by C. PUTTMANN
             Deputy Clerk