```
KAREN P. HEWITT
United States Attorney
CHRISTINA M. McCALL
Assistant U.S. Attorney
California State Bar No. 234139
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-6760/ (619) 235-2757 (Fax)
Email: christina.mccall@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3087-DMS |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF APPEARANCE |
| v. ) | |
| ) | |
| BLANCA ESTELLA GARCIA AND ) | |
| LONI ROSE ROMERO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

None

1
2   Effective this date, the following attorneys are no longer associated with this case and should
3   not receive any further Notices of Electronic Filings relating to activity in this case (if the generic
4   "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
5   association):
6       Name (If none, enter "None" below)
7           None
8
9       Please call me if you have any questions about this notice.
10      DATED: December 10, 2007
                                                    Respectfully submitted,
11
                                                    KAREN P. HEWITT
12                                                  United States Attorney

13                                                  s/Christina M. McCall
                                                    _____
14                                                  CHRISTINA M. McCALL
                                                    Assistant United States Attorney
15                                                  Attorneys for Plaintiff
                                                    United States of America
16                                                  Email: christina.mccall@usdoj.gov
17
18
19
20
21
22
23
24
25
26
27
    NOTICE OF APPEARANCE
28  United States v. Blanca Estella Garcia and Lon 2 Rose Romero                    07CR3087-DMS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                   )<br>                       Plaintiff,   )<br>                                                   )<br>                       v.                        )<br>                                                   )<br> BLANCA ESTELLA GARCIA AND   )<br> LONI ROSE ROMERO,              )<br>                                                   )<br>                       Defendants.   )<br>_____)  | Criminal Case No. 07CR3087-DMS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

   I, CHRISTINA M. McCALL, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101.

   I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   John Ellis, Esq.
   Jami Ferrari, Esq.
   Neil Trop, Esq.

   I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

   None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on December 10, 2007.

                              s/ Christina M. McCall
                              CHRISTINA M. McCALL

NOTICE OF APPEARANCE
United States v. Blanca Estella Garcia and Loni Rose Romero                              07CR3087-DMS