JAMI L. FERRARA
California State Bar Number 189109
Law Office of Jami L. Ferrara
964 Fifth Avenue, Suite 335
San Diego, California 92101
Telephone: (619) 239-4344
Facsimile: (619) 544-1429
Email: jamiferrara@msn.com

Attorney for Ms. Romero

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 07CR3087-DMS |
| Plaintiff, | ) |
| | ) |
| v. | ) **JOINT MOTION TO CONTINUE** |
| | ) **SENTENCING HEARING** |
| LONI ROSE ROMERO, | ) |
| Defendant. | ) |

I.

**THE PARTIES JOINTLY MOVE TO CONTINUE THE SENTENCING HEARING**

The parties jointly move this Court to continue the Sentencing Hearing currently scheduled for Friday, February 15, 2008 at 9:00 a.m. to Friday, April 11, 2008 at 9:00 a.m.. The reason for the joint request is to accommodate defense counsel's calendar and to allow the defendant additional time to make arrangements for her family if this Court remands her into custody at the time of sentencing.

//
//
//
//
//

1  A proposed order to this effect has been submitted to this Court by electronic mail, per the

2  procedures for the CM/ECF System.

3

4                                          Respectfully submitted,

5                                          *S/Jami L. Ferrara*

6  Dated: January 30, 2008                 JAMI L. FERRARA
                                           Attorney for Ms. Romero
7

8                                          *S/Christina McCall*

9  Dated: January 30, 2008                 CHRISTINA McCALL
                                           Assistant United States Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28