UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3087-DMS |
| Plaintiff, ) | |
| v. ) | **ORDER CONTINUING** |
| ) | **SENTENCING HEARING** |
| LONI ROSE ROMERO, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING AND PREVIOUS MOTION HAVING BEEN MADE, IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for Friday, February 15, 2008 at 9:00 a.m. be continued to Friday, April 11, 2008 at 9:00 a.m.

SO ORDERED.

DATED: January 31, 2008

_____
HON. DANA M. SABRAW
United States District Judge