**JAMI L. FERRARA**
California State Bar No.189109
Law Office of Jami L. Ferrara
964 Fifth Avenue, Suite 335
San Diego, California 92101
Telephone: (619) 239-4344
Facsimile: (619) 544-1429
Email: jamiferrara@msn.com

Attorney for Ms. Romero

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3087-DMS |
| Plaintiff, ) | |
| v. ) | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| LONI ROSE ROMERO, ) | |
| Defendant. ) | |

I, Loni Rose Romero, acknowledge that my next court date to appear in the United States District Court for the Southern District of California is Friday, April 11, 2008 at 9:00 a.m. before the Honorable Dana M. Sabraw for sentencing.

I declare that the foregoing is true and correct.

Dated: 2/6/08

_Loni Rose_ (signature)
LONI ROSE ROMERO
Defendant