**PROOF OF SERVICE**

I, Jami L. Ferrara, do hereby state:

I am a citizen of the United States and a resident of the County of San Diego, State of California. I am over the age of eighteen years, and am not a party to the within action. My business address is 964 Fifth Avenue, Ste. 335, San Diego, California 92101.

On this 14th day of April 2008, I served the within **ACKNOWLEDGMENT OF NEXT COURT DATE** in Case No. 07CR3087-DMS electronically through the CM/ECF system for the Southern District of California on the United States Attorney's Office, specifically AUSA Christina McCall, a registered user of the CM/ECF system.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this day, 14 April 2008, at San Diego, California.


*S/Jami L. Ferrara*
JAMI L. FERRARA

07CR3087