PROB 12B
(04/08)

FILED
AUG 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNH DEPUTY

, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE**
**SOUTHERN DISTRICT OF CALIFORNIA**

**Request for Modifying the Conditions or Term of Supervision**

**Name of Offender:** Loni ROMERO (English) **Dkt No.:** 07-CR-3087-002-DMS

**Name of Sentencing Judicial Officer:** The Honorable Dana M. Sabraw, U.S. District Judge

**Sentence:** 3 years probation (*Special Conditions: See Attached Judgment and Commitment Order.)*

**Date of Sentence:** May 9, 2008 **Date Commenced:** May 9, 2008

**Prior Violation History:** None.

---

**PETITIONING THE COURT**

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

**Comply with the conditions of the Home Confinement Program until November 19, 2008, and shall remain at residence except for activities or employment as approved by the court or probation officer. Wear an electronic monitoring device and follow procedures specified by the probation officer. Pay the total cost of electronic monitoring services, or a portion if deemed appropriate by the probation officer.** *(nv26)*

**CAUSE**

Ms. Romero began the Home Confinement Program (without electronic monitoring) on May 20, 2008, which is scheduled to end on November 19, 2008. She has had difficulty in the program and has suffered violations such as failure to attend mental health counseling (on two occasions) and ignored curfew requirements on a few occasions. The offender also admitted she failed to submit a timely monthly supervision report and did not provide income verification. Most recently, Ms. Romero dismissed the undersigned's directive to report to the U.S. Probation Office at a specific time and instead arrived almost an hour late with no valid justification.

Inasmuch as the above noncompliant behavior is of great concern, the probation officer believes revocation proceedings are not necessary at this juncture. However, in view of her noncompliance with home confinement and supervision conditions in general, a modification to require her to complete the remaining home detention term **with electronic monitoring** is recommended. It is hoped that this sanction will serve as a deterrent for future non-compliance. Ms. Romero understands the consequences for her actions, is in agreement with the modification and has signed the attached waiver of hearing form.

PROB 12B

| | |
|---|---|
| Name of Offender: Loni ROMERO | July 25, 2008 |
| Docket No.: 07-CR-3087-002-DMS | Page 2 |

Respectfully submitted:
by _____
Carlos Hernandez
United States Probation Officer
(619) 557-5862

Reviewed and approved:
_____
Cynthia M. Poblete
Supervising U.S. Probation Officer

Attachments

## THE COURT ORDERS:

__✓__ The Modification of Conditions as Noted Above

_____ Other _____

_____
The Honorable Dana M. Sabraw
U.S. District Judge

8-11-08
Date